734 A.2d 1289

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Robert Wade DICK, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Jaime M. Keating, Chief Deputy Dist. Atty., M.L. Ebert, Jr., Dist. Atty., District Attorney's Office, for Com.

Ellen K. Barry, Asst. Public Defender, Taylor P. Andrews, Public Defender, Public Defender's Office, for Robert Wade Dick.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Cumberland County Court of Common Pleas dated April 29, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.